IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR,      ) | | |
|     Plaintiff,      ) | Civil Action No. 7:15cv00653 | |
| )  | | |
| v.      ) | | |
| )  | | |
| LESLIE FLEMING, *et al.*,      ) | By: Elizabeth K. Dillon | |
|     Defendants.      ) | United States District Judge | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Taylor's motion for reconsideration (Dkt. No. 108) is DENIED.

The clerk shall provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Taylor.

Entered: September 27, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge