IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DANIEL TAYLOR, | ) | |
| Plaintiff, | ) | Civil Action No. 7:15cv00653 |
| | ) | |
| v. | ) | |
| | ) | |
| LESLIE FLEMING, *et al.*, | ) | By: Elizabeth K. Dillon |
| Defendants. | ) | United States District Judge |

## FINAL ORDER

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Taylor's motion to compel (Dkt. No. 52) is DENIED; Dr. Miller's motion to dismiss (Dkt. No. 111) is GRANTED; the other defendants' motions for summary judgment (Dkt. Nos. 88 and 90) are GRANTED; Taylor's "motion to proceed without summary judgment" (Dkt. No. 83) is DENIED; all claims are DISMISSED WITH PREJUDICE; and this action is STRICKEN from the active docket of the court.

The clerk shall provide a copy of this order and the memorandum opinion to all counsel of record and to Mr. Taylor.

Entered: September 27, 2017.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge